

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

$9,000.00 U.S. Currency, Appellant

No. 06-14-00041-CV          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. CV39845). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find error in the judgment of the court below. West was entitled to relief. We reverse the judgment of forfeiture and dismiss the action against West for lack of personal jurisdiction.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED OCTOBER 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk